ACCEPTED
03-12-00335-CV
3833974
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:34:48 PM
JEFFREY D. KYLE
CLERK



RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/20/2015 4:34:48 PM

JEFFREY D. KYLE
Clerk

January 20, 2015

The Hon. Jeffrey D. Kyle                                    *Via E-Filing*
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:   No. 03-12-00335-CV, *Texas Commission on Environmental Quality*
      *& Waste Control Specialists, LLC v. Sierra Club*.

Dear Mr. Kyle:

The Texas Commission on Environmental Quality does not intend to respond to
Sierra Club's motion for rehearing en banc unless the Court requests a response.

Thank you for your attention to this matter.

Sincerely,

 /s/ *Anthony Grigsby*
Anthony Grigsby
Assistant Attorney General
Environmental Protection Division
*Attorneys for TCEQ*

cc via e-service:
      Marisa Perales, marisa@lf-lawfirm.com, *Attorneys for Sierra Club*
      Pam Giblin, pam.giblin@bakerbotts.com, *Attorneys for WCS*
      Terry Scarborough, tscarborough@hslawmail.com, *Attorneys for WCS*